UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN STEVENSON, as Personal Representative
of the Estate of JUDITH I. MINNECI,

    Plaintiff,

v.                                        Case No.: 6:17-cv-00417-PGB-DCI

BRENNTAG NORTH AMERICA INC., et al.,

    Defendants.

_____

## NOTICE OF FILING

COMES NOW, Plaintiff, by and through the undersigned counsel, and hereby serves a Notice of Pendency of Other Actions and Certificate of Interested Persons and Corporate Disclosure Statement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2017, the foregoing document was filed using the CM/ECF for the Middle District of Florida and is being served this day on all counsel of record.

                                                      THE FERRARO LAW FIRM, P.A.
                                                      *Attorneys for Plaintiff*
                                                      600 Brickell Avenue, Suite 3800
                                                      Miami, Florida 33131
                                                      (305) 375-0111 Telephone
                                                      (305) 379-6222 Facsimile

                                       By: _____
                                                          GABRIEL S. SAADE, ESQ.
                                                         Florida Bar No.: 111742