IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-CV-00417-ORL-40-DCI

SUSAN STEVENSON,
as Personal Representative of the
Estate of JUDITH I. MINNECI,

    Plaintiff,
v.

BRENNTAG NORTH AMERICA, INC., et al.,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
UNTIMELY RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, Susan Stevenson, as Personal Representative of the Estate of Judith I. Minneci ("Plaintiff"), through her undersigned counsel, hereby seeks leave to file a single combined brief in opposition to various Defendants' motions to dismiss the complaint in this action and states as follows:

1. On February 2, 2017, Plaintiff commenced a products liability wrongful death action in the Circuit Court in and for Orange County, Florida. [D.E. 2]).

2. On March 8, 2017, Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., and Publix removed the case to this Court. [D.E. 1].

3. On March 14, 2017, Defendant Pfizer, Inc. filed a motion to dismiss the complaint for failure to state a claim. [D.E. 12].

4. On March 29, 2017, Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., and Publix filed a joint motion to dismiss the complaint for failure to state a claim. [D.E. 42].

5. On April 11, 2017, Defendant Colgate-Palmolive Co. filed a motion to dismiss the complaint for failure to state a claim. [D.E. 49].

6. On May 8, 2017, the parties submitted the Case Management Report in this action. [D.E. 58]. To date, discovery has not commenced in this action.

7. Pursuant to M.D. Fla. Local Rule 3.01(b), Plaintiff's responses to the motions to dismiss were due within 14 days after service of those motions. Accordingly, Plaintiff's responses were due on or before March 28, April 12, and April 23, respectively.

8. Due to internal docketing and calendaring errors, the undersigned counsel for Plaintiff failed to appreciate that the responses were due until he discovered the errors on May 17, 2017. Counsel immediately began researching and drafting a combined brief responding to Defendants' motions and is, in fact, filing that response contemporaneously with this motion.

9. This Court has discretion to accept an untimely filing "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).

10. The four factors relevant to determining whether excusable neglect has occurred are "the danger of prejudice to the other party, the length of the delay and its potential impact on judicial proceedings, the reason for the delay, and whether the movant acted in good faith." *Walter v. Blue Cross & Blue Shield United of Wis.*, 181 F.3d 1198, 1201 (11th Cir. 1999) (quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993)).

11. "In *Pioneer*, the Supreme Court accorded primary importance to the absence of prejudice to the nonmoving party and to the interest of efficient judicial administration in determining whether the district court had abused its discretion." *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996).

12. These factors favor granting Plaintiff's motion in this case. Defendants will not suffer any prejudice from having this Court accept Plaintiff's brief and deciding the sufficiency of the Complaint on the merits. Additionally, the delay is relatively short — between about one month late for the response to Colgate-Palmolive's motion and two months late for Pfizer's motion.

13. Due to the relatively short delay and the fact that discovery has not yet commenced, accepting Plaintiff's opposition brief and deciding the motions to dismiss on the merits will not interfere with the efficient administration of justice. In fact, if the Court were to dismiss without considering Plaintiff's response brief, that dismissal could not be a disposition on the merits and Plaintiff would seek leave to amend, which should be freely granted pursuant to Fed. R. Civ. P. 15(a)(2). This would not be in the interest of judicial economy. *See Staley v. Owens*, 367 Fed. Appx. 102, 105 (11th Cir. 2010) ("We have held that a district court may consider an untimely motion for summary judgment if doing so is in the interest of judicial economy.").

14. Moreover, Plaintiff is combining her responses to Defendants' three motions into a single opposition brief. This will streamline presentation of the issues and help the Court to expeditiously consider and decide the motions on the merits.

15. Finally, Plaintiff has acted in good faith. The tardy response is the result of a regrettable combination of human and electronic errors, which the undersigned counsel addressed diligently and promptly upon its discovery.

## CONCLUSION

For all of the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff leave to file a single, combined untimely brief in opposition to: (1) Defendant Pfizer, Inc.'s Motion to Dismiss [D.E. 12]; (2) Defendants Johnson & Johnson, Johnson & Johnson Consumer Inc., and

Publix's Motion to Dismiss [D.E. 42]; and (3) Defendant Colgate-Palmolive Co.'s Motion to Dismiss [D.E. 49].

## M.D. FLA. LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel for Plaintiff certifies that he has conferred with counsel for Defendants Pfizer, Johnson & Johnson, Johnson & Johnson Consumer Inc., Publix, and Colgate-Palmolive in a good faith effort to resolve the issues raised in this motion. Counsel for Defendant, Pfizer, has no objection to Plaintiff's Motion. Counsels for Defendants, Johnson & Johnson, Johnson & Johnson Consumer Inc., Publix, and Colgate-Palmolive, have stated that they will not take a position on Plaintiff's Motion, but will defer to this Court's discretion.

Respectfully submitted,

/s/ Gabriel S. Saade
Gabriel S. Saade, Esq.
Florida Bar No.: 111742
Email: gss@ferrarolaw.com
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida, 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 22nd day of May, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Gabriel S. Saade
Gabriel S. Saade, Esq.
Florida Bar No.: 111742

## SERVICE LIST

*Susan Stevenson v. Brenntag N. America Inc., et al.*
**CASE NO. 6:17-cv-00419-ORL-40-DCI**

| | |
|---|---|
| Hildy Sastre<br>Jennifer A. McLoone<br>SHOOK, HARDY & BACON L.L.P<br>Miami Center, Suite 3200<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131-4332<br>Tel: (305) 358-5171<br>Fax: (305) 358-7470<br>Email: hsastre@shb.com<br>Email: jmcloone@shb.com<br><br>***Counsel for Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., and Publix Super Markets, Inc.*** | Geralyn M. Passaro<br>LITCHFIELD CAVO LLP<br>Radice Corporate Center<br>600 Corporate Drive, Suite 600<br>Ft. Lauderdale, Florida 33334<br>Tel: (954) 689-3000<br>Fax: (954) 689-3001<br>Email: passaro@litchfieldcavo.com<br>Email:  Donaldson@litchfieldcavo.com<br><br>***Counsel for Defendants Cyprus Amax Minerals Co. and Imerys Talc America, Inc.*** |
| Hugh J. Turner Jr.<br>David M. Hawthorne<br>AKERMAN LLP<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br>Email: hugh.turner@akerman.com<br>Email: grace.veniero@akerman.com<br>Email: david.hawthorne@akerman.com<br>Email: deborah.johnson@akerman.com<br><br>***Counsel for Defendant Pfizer, Inc.*** | Michael J. Crist<br>DEMAHY LABRADOR DRAKE VICTOR ROJAS & CABEZA<br>6400 North Andrews Avenue, Suite 210<br>Ft. Lauderdale, FL 33309<br>Tel: (954) 299-9951<br>Fax: (954) 229-9978<br>Email: mcrist@dldlawyers.com<br>Email: olimpia@dldlawyers.com<br><br>***Counsel for Defendant Colgate Palmolive Co.*** |
| Janna M. Nuzum<br>MCGIVNEY & KLUGER, P.C.<br>4901 N.W. 17th Way, Suite 202<br>Fort Lauderdale, FL 33309<br>Tel: (954) 848-3681<br>Fax: (954) 523-8002<br>Email: jnuzum@mklaw.com<br>Email: jsteiner@mklaw.com<br><br>***Counsel for Defendant Whittaker, Clark & Daniels, Inc.*** | |