**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

**CASE NO. 6:17-CV-00417-ORL-40-DCI**

SUSAN STEVENSON,
as Personal Representative of the
Estate of JUDITH I. MINNECI,

    Plaintiff,

v.

BRENNTAG NORTH AMERICA, INC., et al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE NOTE that the undersigned counsel, DAVID A. JAGOLINZER (daj@ferrarolaw.com), of The Ferraro Law Firm, P.A. hereby enters this appearance as Counsel for Plaintiff, SUSAN STEVENSON, as Personal Representative if the Estate of JUDITH I. MINNECI, and requests that all pleadings, notices, or other matters and documents be directed and served on the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/EXF on this 15th day of February, 2018.

                                             THE FERRARO LAW FIRM, P.A.
                                             *Attorneys for Plaintiff*
                                             600 Brickell Avenue, Suite 3800
                                             Miami, Florida 33131
                                             (305) 375-0111 Telephone
                                             (305)379-6222 Facsimile
                                             daj@ferrarolaw.com

                          By:    */s/ David A. Jagolinzer*
                                             DAVID A. JAGOLINZER, ESQ.
                                             Florida Bar No.: 181153

1