IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:17-CV-00417-ORL-40-DCI

SUSAN STEVENSON,
as Personal Representative of the
Estate of JUDITH I. MINNECI,

     Plaintiff,

v.

BRENNTAG NORTH AMERICA, INC., et al.,

     Defendants.
_____/

## JOINT MOTION FOR LEAVE TO EXTEND DISCOVERY DEADLINE

Plaintiff, Susan Stevenson, as Personal Representative of the Estate of Judith I. Minneci ("Plaintiff"), through her undersigned counsel, and jointly with Imerys Talc America, Inc. and Cyprus Amax Minerals Co., pursuant to Rule 6 of the Federal Rule of Civil Procedure, hereby file this Joint Motion for Leave to Extend, on a limited basis, the Discovery Deadline in this matter to allow Plaintiff to conduct the depositions of Defendants', Imerys Talc America, Inc. and Cyprus Amax Minerals Co. ("Imerys and Cyprus"), designated Rule 30(b)(6) witnesses. In support thereof, it is stated as follows:

     1.     On May 8, 2017, the parties submitted the Case Management Report in this action. [D.E. 58].

     2.     On May 19, 2017, this Court filed a Case Management and Scheduling Order setting/re-setting the discovery deadline in this matter to March 1, 2018. [D.E. 59].

     3.     On January 5, 2018, Plaintiff requested deposition dates for the Defendants' designations under Rule 30(b)(6). *See* Motion to Compel, [D.E. 85 at Exhibit A.].

4. On January 10, 2018, Plaintiff's counsel served on all Defendants a correspondence requesting deposition dates for their designations under Rule 30(b)(6) along with the general topics of inquiry. *See* Motion to Compel, [D.E. 85 at Exhibit B.].

5. On January 12, 2018, Plaintiff's counsel served on all Defendants respective Notices of Taking the Videotaped Disposition *Duces Tecum*, containing the specific topics of inquiry per Defendant. *See* Motion to Compel, [D.E. 85 at Exhibit C.].

6. On January 22, 2018, Plaintiff filed a Motion to Compel the designation Defendants' 30(b)(6) witnesses and deposition of same. *See* Motion to Compel, [D.E. 85].

7. On January 30, 2018, this Court entered an Order on Plaintiff's Motion to Compel. [D.E. 96].

8. In accordance with this Court's Order on Plaintiff's Motion to Compel [D.E. 96], on February 6, 2018, Plaintiff unilaterally noticed the deposition of Imerys' and Cyprus' Rule 30(b)(6) witnesses because Imerys and Cyprus failed to provide Plaintiff with a date certain for said depositions.

9. On February 14, 2018, Imerys and Cyprus filed a Motion for Protective Order and Motion to Quash. [D.E. 106].

10. On February 16, 2018, this Court held a telephonic hearing on Imerys' and Cyprus' Motion for Protective Order and Motion to Quash. On the same day, this Court entered an Order on Imerys' and Cyprus' Motion for Protective Order and Motion to Quash ("Order")[D.E. 116].

11. The February 16, 2018 Order, *inter alia*, required Cyprus and Imerys to review dates between February 22, 2018 and March 22, 2019, to determine when their corporate representatives could be deposed.

12. In accordance with this Court's Order [D.E. 116], Plaintiff and Imerys and Cyprus conferred to schedule the deposition of Imerys' and Cyprus' Rule 30 (b)(6) witnesses.

13. Unfortunately, the only dates that Imerys' and Cyprus' Rule 30 (b)(6) witness, Julie Pier, is available for a deposition are beyond this Court's discovery deadline of March 1, 2018. Specifically, Defendants' offered and the Plaintiff reluctantly accepted the following dates and locations:

   a. Julie Pier
      March 14, 2018 at 10:00 a.m.
      Gordon Rees Scully Mansukhani, LLP,
      555 17th St., Suite 3400,
      Denver, CO 80202.

   b. Patrick Downey
      March 1, 2018 at 10:00 a.m.
      Bozeman, MT.

14. On February 20, 2018, Imerys and Cyprus filed a Notice of Agreement as to Cyprus Amax Minerals Co. and Imerys Talc America, Inc.'s 30(b)(6) Depositions [D.E. 119].

## CONCLUSION

For all of the foregoing reasons, Plaintiff and Imerys and Cyprus respectfully requests that the Court grant this Joint Motion for Leave to Extend, on a limited basis, the Discovery Deadline in this matter to allow Plaintiff to conduct the depositions of Imerys' and Cyprus' designated Rule 30 (b)(6) witnesses.

## M.D. FLA. LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel for Plaintiff certifies that he has conferred with all counsel of record.

Respectfully submitted,

| | |
|---|---|
| /s/ Gabriel S. Saade | s/ Morgan F. Spector (with consent) |
| Gabriel S. Saade, Esq. | Geralyn M. Passaro, Esq. |
| Florida Bar No.: 111742 | Florida Bar No.: 613533 |
| Email: gss@ferrarolaw.com | Morgan F. Spector, Esq. |
| THE FERRARO LAW FIRM, P.A. | Florida Bar No.: 50670 |
| 600 Brickell Avenue, Suite 3800 | Litchfield Cavo LLP |
| Miami, Florida, 33131 | Radice Corporate Center |
| Telephone: (305) 375-0111 | 600 Corporate Drive, Suite 600 |
| *Attorney for Plaintiff* | Fort Lauderdale, FL 33334 |
| | (954) 689-3000 |
| | (954) 689-3001 |
| | E-mail: passaro@litchfieldcavo.com |
| | E-mail: spector@litchfieldcavo.com |
| | E-mail: donaldson@litchfieldcavo.com |
| | *Attorneys for Cyprus Amax Minerals Co.* |
| | *and Imerys Talc America, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 20th day of February, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Gabriel S. Saade
Gabriel S. Saade, Esq.
Florida Bar No.: 111742
Email: gss@ferrarolaw.com
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue, Suite 3800
Miami, Florida, 33131
Telephone: (305) 375-0111
*Attorney for Plaintiff*

## **SERVICE LIST**

*Susan Stevenson v. Brenntag N. America Inc., et al.*
*CASE NO. 6:17-cv-00419-ORL-40-DCI*

| | |
|---|---|
| Jennifer A. McLoone<br>SHOOK, HARDY & BACON L.L.P<br>Miami Center, Suite 3200<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131-4332<br>Tel: (305) 358-5171<br>Fax: (305) 358-7470<br>Email: hsastre@shb.com<br>Email: jmcloone@shb.com<br><br>***Counsel for Defendants Johnson & Johnson, Johnson & Johnson Consumer, Inc., and Publix Super Markets, Inc.*** | Morgan F. Spector, Esq.<br>LITCHFIELD CAVO LLP<br>Radice Corporate Center<br>600 Corporate Drive, Suite 600<br>Ft. Lauderdale, Florida 33334<br>Tel: (954) 689-3000<br>Fax: (954) 689-3001<br>Email: passaro@litchfieldcavo.com<br>Email:  Donaldson@litchfieldcavo.com<br><br>Email: spector@litchfieldcavo.com<br><br>***Counsel for Defendants Cyprus Amax Minerals Co. and Imerys Talc America, Inc.*** |