UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SUSAN STEVENSON<br>as Personal Representative of the<br>Estate of JUDITH I. MINNECI, | ASBESTOS LITIGATION<br>CASE NO.: 6:17-CV-00417-PGB-DCI |
| Plaintiff,<br>-vs-<br>BRENNTAG NORTH AMERICA INC.,<br>Defendants._____/ | |

## NOTICE OF UNAVAILABILITY OF COUNSEL

Notice is hereby given that the undersigned counsel for Plaintiff is unavailable from July 9, 2018 through July 18, 2018, and requests that no depositions, hearings, trials or any other matters in the above-referenced case be scheduled due to the unavailability of the undersigned counsel of record.

Respectfully Submitted,

/s/ Juan P. Bauta, II
_____
JUAN P. BAUTA, II, ESQ.
Florida Bar No.: 894060
THE FERRARO LAW FIRM, P.A.
*Attorneys for the Plaintiffs*
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Phone: (305) 375-0111/Fax: (305) 379-6222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via Lexis Nexis File and Serve to all counsel of record this 14th day of June, 2018.

/s/ Juan P. Bauta, II
_____
JUAN P. BAUTA, II, ESQ.
Florida Bar No.: 894060