# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUSAN STEVENSON,**

      **Plaintiff,**

v.                         Case No: 6:17-cv-417-Orl-40DCI

**CYPRUS AMAX MINERALS CO.,**
**IMERYS TALC AMERICA, INC.,**
**JOHNSON & JOHNSON**
**CONSUMER INC., PUBLIX**
**SUPERMARKETS, INC. and**
**JOHNSON & JOHNSON,**

      **Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COUNSEL FOR PLAINTIFF** | Juan P. Bauta, II<br>Gabriel Saade |
| **DEPUTY CLERK:** | Nativelis Rodriguez | | |
| **COURT REPORTER** | Amie First | **COUNSEL FOR DEFENDANT:** | Stephen Krigbaum<br>Ryan Cobbs<br>Matthew Congliaro<br>Anna Sumner Pieschel<br>Geralyn Passaro |
| **DATE/TIME:** | June 19, 2018<br>10:05AM-3:42PM | | |
| **TOTAL TIME:** | 4hr 29 min | | |

## CLERK'S MINUTES
## EVIDENTIATRY MOTION HEARING, #236

Case called, appearances made, procedural setting by the Court.
Court addresses Mr. Jagolinzer's absence at the hearing.
Parties address preliminary matters.
Hearing held on Motion for miscellaneous relief, specifically Motion to Permit Limited Supplemental Discovery and Request for Sanctions, # 236.
Defense calls Susan Minneci-Stevenson, witness placed under oath.
Cross examination. Re-direct. Court poses questions to witness.
Defense calls Kimberly Beltran, witness placed under oath.
Court recessed (12:06PM) Lunch.
Court back in session (12:45PM).
Testimony of Kimberly Beltran continued.
Cross examination. Court poses questions to witness.
Defense calls Gabriel Saade, witness placed under oath.
Court recessed (2:09PM) Break.

Court back in session (2:26PM).
Testimony of Gabriel Saade continued.
Cross examination. Re-direct.
Court recessed (3:21PM) Break.
Court back in session (3:33PM).
Hearing to be continued on 6/20/18 at 8:30 A.M.
Court adjourned.